


# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

FILED
FEB 18 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel #EF085568537US to TYJ Inc.,<br>837 Felspar St., San Diego, CA 92109 | )<br>)<br>)  Case No.  '14MJ0647<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel #EF085568537US to TYJ Inc., 837 Felspar St., San Diego, CA 92109, which is in the custody of the US Postal Inspection Service in San Diego, California.

located in the ____Southern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the US Mails, including money paid for controlled substances, in violation of Title 21, U.S.C., Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Sections 841(a)(1), | Distribution controlled substances |
| 843(b), | Use of the US Mails |
| 846. | Conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

GAry V. Arias, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-12-14

_____
*Judge's signature*

City and state: San Diego, California          Nita L. Stormes, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR SEARCH WARRANT

I, Gary V. Arias, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the United States Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act and related offenses which is the subject of this affidavit.

2. This affidavit is submitted in support of an application for a search warrant for the following Express Mail Parcel:
   a) Express Mail Parcel #EF 085568537 US addressed to "TJY Inc., 837 Felspar St., San Diego, CA 92109". The parcel has the return address information of "Stank Properties, 1005 1st St. NE, Massillon, OH 44646".

3. I have been employed as a Postal Inspector since March 2001. From March 2001 through June 2001, I attended the Basic Postal Inspector Academy. Starting January 2010, I was assigned to the Prohibited Mailings Illegal Narcotics Team. Previous to that, I was assigned to the Mail Theft Team. I was previously employed with the Joplin Police Department in Joplin, MO for 9 years; I was assigned to the Patrol

1

Division for 6 years and the Detective Division for 3 years. During that time, I was involved in several narcotics related investigations. I received training from the Missouri Department of Public Safety on Drug Identification & Influence, as well as an additional 40 hours of training every year with sections dedicated to Narcotic crimes. I also had training with the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances transactions.

4.   Based upon my training, experience and discussions with other Postal Inspectors and agents I know the following in summary:

   a.   Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

   b.   The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit

the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

c. Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

2. "Express Mail" is usually requested to be delivered by the next day's mail.

3. "Priority Mail" is usually requested to be delivered within two days of mailing.

4. Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

7. "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f. Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g. Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

4

h. Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies and addresses in foreign countries to conceal their true identities and place of residence.

i. I also know that drug related parcels containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor of controlled substances.

j. I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

5. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for

5

the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

6. On 02/11/2014, I was conducting a routine interdiction for inbound parcels at the Midway Processing & Distribution Facility in San Diego, CA. I came in contact with Express Mail Parcel #EF 085568537 US. I became suspicious of the subject parcel for the following reasons: The Express Mail label was handwritten. The size, shape and appearance of the parcel were consistent with parcels previously identified in other investigations that contained drug proceeds. The parcel is an Express Mail Flat Rate Envelope 15" X 9.5".

7. In reference to Express Mail Parcel #EF 085568537 US, a preliminary investigative search of an address database system for the sender address of "1005 1st St. NE, Massillon, OH 44646" did not show a "Stank Properties" to be associated with that address. There was not a telephone number listed above the return address information on Express Mail Parcel #EF 085568537 US.

8. A preliminary investigative search of an address database system for the recipient address of "837 Felspar St., San Diego, CA 92019", did not show the name "TJY Inc." to be associated with that address. There was not a

telephone number listed above the recipient address information on Express Mail Parcel #EF 085568537 US.

9. On 02/11/2014, I met with Redlands Police Officer Patrick Estrada and his trained narcotic detection canine "Chewy". Officer Estrada and Chewy conducted an exterior examination of the subject Express Mail Parcel #EF 085568537 US. When Chewy examined the parcel described above, Officer Estrada told me that Chewy alerted to the presence of the odor of controlled substances.

10. On 02/11/2014, I conducted a knock and talk at the listed recipient address and could not contact a resident. I left a delivery notice with my information for a call back. I received a call back and the caller identified themselves as Thomas Yankel. Yankel said that he was expecting a parcel and it contained an unknown amount of money. Yankel said that I could not open the parcel until he contacted his attorney. Yankel stated that he could not contact me in person to open the parcel as he was conducting errands and was busy. I asked Yankel to meet with me tomorrow and he said he was to flying to Chicago in the morning and did not tell me his return date. Yankel said that he didn't know who sent the money and didn't know the total amount that was in the parcel, although he needed the money to travel to Chicago.

11. Based on my training and experience, I believe that Express Mail Parcel # EF 085568537 US contains controlled substances and/or narcotic proceeds due to the fact that a trained narcotic canine alerted to the Express Mail Parcel. Also, there were no telephone numbers on the sender or recipient information to confirm the contents of the parcel.

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in Express Mail Parcel #EF 085568537 US as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

Gary V. Arias, Postal Inspector

Sworn to before me, and subscribed in my presence, on this

12th Day of Feb, 2014.

Nita L. Stormes, U. S. Magistrate Judge

## STATEMENT

On 2-11-14, I, Redlands Police Department Investigator Patrick Estrada, was asked to have my assigned Narcotic Detection trained and certified canine partner Chewy, conduct a search of USPS Express Mail Parcel number EF 085568537 US, in order to determine if he would show an alert to any odors of narcotics emitting from it. At 2535 Midway Dr., San Diego, CA, I had Chewy search an area with boxes, rooms, and miscellaneous equipment. Chewy had no alerts. The parcel was then placed in this area and I again had Chewy search. When Chewy searched the second time, he located and alerted on the parcel, indicating that the odor of narcotics were in fact present, coming from it.

## OFFICER'S EXPERTISE

I, Patrick Estrada, have been a police officer, employed with the Redlands Police Department for over 8 years. I am currently assigned to the East Valley Street Enforcement Team (EVSET), a narcotics task force division as a narcotic investigator and canine handler. I have been assigned to the division since June of 2012, and have been a canine handler since then as well. My training and experience includes the following:

-I received my initial training in narcotic/drug investigations at the San Bernardino County Sheriff's academy; I received an 8-hour block of instruction in narcotics. After the academy, I worked as a patrol officer with the Redlands Police Department. While in patrol, I arrested dozens of subjects for being under the influence of narcotics, possession of narcotics, and narcotic paraphernalia.
-I have attended the San Bernardino County Sheriff Department Dealing with Informants class, San Bernardino County Sheriff Department Search Warrant Preparation class, and the San Bernardino County Sheriff Department H&S 11550/under the influence class, as well as the California Narcotics Officers Association (CNOA) Conference and training courses, such as interdiction courses, narcotics crime trends and update courses, and transportation and sales trends.
-I have participated in hundreds of narcotic/drug investigations leading to the arrest of individuals for

drug related offenses. Through these investigations I have made seizures of controlled substances, and narcotics paraphernalia, and served arrest and search warrants in which controlled substances, and narcotics paraphernalia were recovered.

-Additionally, I have assisted other officers and other agencies in searches where controlled substances, and narcotics paraphernalia were found. I continue to contact, observe and arrest subjects involved with the sales and distribution of controlled substances.

-While working in narcotics, I am involved in a number of searches, locating numerous types of drugs and narcotics, and identifying these substances with narcotics field tests. These substances are later tested in the San Bernardino County Sheriff Department crime lab and proved to be controlled substances.

-I have also been a single purpose narcotics K9 handler partnered with a 4 year old male K9 named Kass. He is trained on narcotic odor detection, and has never been trained on uncirculated money. We both have successfully completed a 3 week course on narcotic odor detection and have been certified by the California Narcotic Canine Association (CNCA).

-On July 25, 2012, Kass and I were certified as a single purpose narcotics K9 team by the California Narcotics Canine Association (CNCA). That certification lasts for one year.

-Kass and I train on narcotics detection with a canine group consisting of other police agencies in the surrounding area every week using only narcotics odors. We spend an average of 2-4 hours training each week on narcotics odors.

-On July 21, 2013, Kass and I again were certified as a single purpose narcotics K9 team by the CNCA.

-Kass has accumulated over 300 hours of training hours since we have been a narcotics K9 team.

-During our time as a single purpose narcotics K9 team, Kass has made dozens of alerts resulting in the location and seizure of narcotics.

-In December of 2013, I got paired with a new single purpose narcotics detection canine named Chewy, who is a two and a half year old German Shepherd.

-Also in December of 2013, we both successfully completed a 3 week course on narcotic odor detection and have been

certified by the California Narcotic Canine Association (CNCA).

-Since our certification, we have had over a dozen hours of training time and have had alerts in the field resulting in the seizure of narcotics and narcotics proceeds.